Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Jeremy J. Kelley
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:24-CR-43-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 1542<br>False Statements in Passport Application<br>(Count 1) |
| BRANDON EDWARD WILKERSON, | |
| Defendant. | 18 U.S.C. § 1028A(a)(1)<br>Aggravated Identity Theft<br>(Counts 2, 4) |
| | 18 U.S.C. § 1546(a)<br>False Swearing in Immigration Matter<br>(Count 3) |
| | 18 U.S.C. § 982, 18 U.S.C. § 1028<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about March 10, 2022, in the Eastern District of Washington, the Defendant, BRANDON EDWARD WILKERSON, willfully and knowingly made a

INDICTMENT – 1

false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pertaining to such laws, in that the Defendant, BRANDON EDWARD WILKERSON, falsely stated that his name, date of birth, and social security number were that of M.T.C., and that he was not subject to a federal, state, or local warrant of arrest for a felony, all of which he knew to be false, in violation of 18 U.S.C. § 1542.

## COUNT 2

On or about March 10, 2022, in the Eastern District of Washington, the Defendant, BRANDON EDWARD WILKERSON, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and social security number of M.T.C., and a driver's license and birth certificate in the name of M.T.C., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit false statement in an application for a passport in violation of 18 U.S.C. § 1542, knowing that the means of identification belonged to another actual person, all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT 3

On or about August 9, 2022, in the Eastern District of Washington, the Defendant, BRANDON EDWARD WILKERSON, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws or regulations prescribed thereunder, to wit, in a Petition for Alien Relative, the Defendant, BRANDON EDWARD WILKERSON, falsely stated that his name, date of birth, and social security number were that of M.T.C., which statement he then and there knew was false, in violation of 18 U.S.C. § 1546(a).

INDICTMENT – 2

## COUNT 4

On or about August 9, 2022, in the Eastern District of Washington, the Defendant, BRANDON EDWARD WILKERSON, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and social security number of M.T.C., and a birth certificate and passport in the name of M.T.C., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit false swearing in an immigration matter in violation of 18 U.S.C. § 1546(a), knowing that the means of identification belonged to another actual person, all in violation of 18 U.S.C. § 1028A(a)(1).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(6)(A) upon conviction of an offense in violation of 18 U.S.C. § 1542 (Count 1) and/or 18 U.S.C. § 1546(a)(Count 3) as alleged in this Indictment, the Defendant, BRANDON EDWARD WILKERSON, shall forfeit to the United States of America any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and any property, real or personal, constituting, or derived from or traceable to the proceeds obtained directly or indirectly from such offense; and, any property, real or personal, used or intended to be used to facilitate the commission of the offense, including, but not limited to: Passport No. 675627067

Pursuant to 18 U.S.C. § 982(a)(2)(B) and/or 18 U.S.C. § 982(a)(6) and 18 U.S.C. § 1028(b), upon conviction of the offense in violation of 18 U.S.C. § 1028A (Counts 2 and 4), as alleged in this Indictment, the Defendant, BRANDON EDWARD WILKERSON, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation; and/or any personal property used or intended to be used to commit the offense, including, but not limited to: Passport No. 675627067.

INDICTMENT – 3

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL

*Vanessa Waldref* (signature)

Vanessa R. Waldref
United States Attorney

*Jeremy J. Kelley* (signature)

Jeremy J. Kelley
Assistant United States Attorney

INDICTMENT – 4